UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05 CV 5 JCH |
| ) | |
| CITY OF MOBERLY, MISSOURI, and ) | |
| COMBS CONSTRUCTION COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant City of Moberly's Motion for Summary Judgment on Count I is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Defendant City of Moberly's Motion to Dismiss Counts II and III is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Defendant Combs is dismissed as a party to this case.

Dated this 7th day of October, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com